THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRIAN DIAZ,

Defendant.

Cause No. CR 19-38 JLR

~~PROPOSED~~ ORDER
TERMINATING
SUPERVISED RELEASE

Note on Motion Calendar:
March 23, 2026

This matter comes before the Court on the Defendant's Motion to terminate supervised release pursuant to Title 18 United States Code § 3583(e)(1). The Court finds that more than one year of supervision has passed, the Defendant has shown good conduct and the interests of justice favor termination. Based on these findings, supervised release in this case is terminated.

ORDER TERMINATING SUPERVISED
RELEASE - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

DATED THIS ___15ᵗʰ___ day of ___April___, 2026

THE HONORABLE JAMES L. ROBART
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

/s/Ariam Kiflemariam
Ariam Kiflemariam, WSBA #64269
Attorney for Defendant

ORDER TERMINATING SUPERVISED
RELEASE - 2

**Gilbert H. Levy**
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

## CERTIFICATE OF SERVICE

I certify that on March 9, 2026, I caused to be electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record.

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

ORDER TERMINATING SUPERVISED
RELEASE - 3

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818